PROB 12C
(6/16)

Report Date: February 2, 2018

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: James Rackliff | Case Number: 0980 2:14CR00168-TOR-29 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge | |
| Date of Original Sentence: January 29, 2016 | |
| Original Offense:    Conspiracy to Commit Bank Fraud, 18 U.S.C. §§ 1344, 1349 | |
| Original Sentence:   Prison - 15 Months<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney:   James A. Goeke | Date Supervision Commenced: October 13, 2017 |
| Defense Attorney:    Federal Public Defender | Date Supervision Expires: October 12, 2020 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On October 16, 2017, Mr. James Rackliff signed his conditions for case number 2:14CR00168-TOR-29, indicating he understood all conditions as ordered by the Court.  Specifically, Mr. Rackliff was made aware by his U.S. probation officer that he was not to commit another federal, state or local crime.

Mr. Rackliff is alleged to have violated mandatory condition number 2 by being arrested in Spokane, Washington, on January 31, 2018, with charges recommended by the arresting officer for vehicle hit and run with injury, and driving while license suspended in the third degree.

Specifically, on January 31, 2018, the undersigned officer received numerous notifications from the Spokane County Sheriff's Office indicating the client's name had been run by local law enforcement. The undersigned officer subsequently received notification that the client had been booked into the Spokane County Jail.

Prob12C
**Re: Rackliff, James**
**February 2, 2018**
**Page 2**

On February 1, 2018, the police report relative to this matter was requested and received by the U.S. Probation Office in Spokane. According to the report, on January 31, 2018, at 5:39 p.m., law enforcement officers were dispatched to a "vehicle versus pedestrian" collision located at 902 West Francis Avenue, in the Safeway parking lot. Responding officers contacted the victim who claimed injury, and provided a description of the incident. A collaboration of witness testimony, combined with further investigation with respect to the suspect vehicle culminated in law enforcement contacting the client's nephew at his residence where he lives with Mr. Rackliff, and who immediately stated "I wasn't the driver."

Mr. Rackliff was subsequently contacted at the residence on the day in question. While Mr. Rackliff provided a slightly different version of events, when compared to witness testimony, Mr. Rackliff did admit to driving "1 mile-per-hour" when a female "jumped out in front." Mr. Rackliff additionally admitted to leaving after the accident, indicating he did speak with her and that "She said she was ok." Mr. Rackliff also stated "I was scared because I don't have a license."

Mr. Rackliff was arrested and booked into the Spokane County Jail on January 31, 2018, with charges requested for Vehicle Hit and Run with Injury, in violation of R.C.W. 46.52.020(4)(B), a Class C felony, and Driving While License Suspended in the Third Degree, in violation of R.C.W. 46.20.342(1)(C), a misdemeanor. Mr. Rackliff was additionally cited for having no insurance, and for his tabs being expired.

2      **Special Condition # 17**: Defendant shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On October 16, 2017, Mr. James Rackliff signed his conditions for case number 2:14CR00168-TOR-29, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Rackliff was made aware by his U.S. probation officer that he was required to refrain completely from the use of alcohol.

Mr. Rackliff is alleged to have violated special condition number 17 by drinking alcohol on or about January 31, 2018, based on the client's admission to local law enforcement.

Specifically, on January 31, 2018, Mr. Rackliff was contacted at his place of residence by Spokane County sheriff's deputies in response to an alleged hit and run accident that had occurred on that date. During their initial contact with Mr. Rackliff, the investigating officer noted he could immediately smell the strong odor of "intoxicating beverages" on his person. When questioned, Mr. Rackliff indicated he started drinking once he got home. Mr. Rackliff denied he had anything to drink prior to the incident in question.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Rackliff, James**
**February 2, 2018**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 2, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]   Other

*Thomas O. Rice*

Signature of Judicial Officer

February 2, 2018
Date